# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| RICHARD FALKENRATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-CV-1844-JAR |
| | ) |
| ANTHEM BLUE CROSS AND BLUE SHIELD, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COMES NOW the parties, by and through counsel, and stipulates that this case be dismissed WITH PREJUDICE, each party to bear its own costs and fees.                                           C

**GALLAGHER DAVIS, LLP**

/s/ Matthew R. Davis
Matthew R. Davis, 58205 (MO)
Adam J. Olszeski, 66126 (MO)
2333 S. Hanley Road
St. Louis, Missouri 63144
Telephone: (314) 725-1780 Facsimile: (314) 725-0101 matt@gallagherdavis.com
adam@gallagherdavis.com

*Attorneys for Plaintiff*

**LEWIS RICE LLC**

/s/ Michael L. Jente (with consent)
Neal F. Perryman, 43057 (MO)
Michael L. Jente, 62980 (MO)
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7661 Facsimile: (314) 612-7661
nperryman@lewisrice.com
mjente@lewisrice.com

*Attorneys for Defendants*