# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| RICHARD FALKENWRATH, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:20-CV-01844 JAR |
| ) | |
| ANTHEM BLUE CROSS AND BLUE ) | |
| SHIELD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal (Doc. No. 13),

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice.** Each party to bear its own costs and fees.

Dated this 28th day of May, 2021.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**